# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/12

GREGG ABBATE, et. al.

Plaintiffs,

v.

CITY OF NEW YORK and THE
NEW YORK CITY POLICE
DEPARTMENT

Defendants.

Civil Action No.
1:11-cv-03282-SAS
ECF Case

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

These causes having come before the Court upon the joint request of Plaintiffs and Defendants, the Court having been advised of and considered the Settlement Agreement entered into by and among Plaintiffs and Defendants and, upon the joint application of Plaintiffs and Defendants, by their Attorneys, seeking review and approval by the Court thereof, and the entire record therein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The court approves and adopts as stated the terms of the Settlement Agreement entered into between the parties to the instant action, recognizing that there is no admission of liability by Defendants, same being expressly denied, but as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law.

2. Consistent with that Agreement, this action is hereby dismissed with respect to the Plaintiffs, with prejudice and plaintiffs' claims are resolved up through the time period of January 14, 2012. The Court will retain jurisdiction over the parties to

the Agreement for the purpose of interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this 13 day of March, 2012.

_____
SHIRA A. SCHEINDLIN
United States District Judge

Approved for Entry:

_____
Attorney for Plaintiffs

_____
Attorney for Defendants